UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J.D. STUART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DNC SERVICES CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04267-HSG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 7, 9 |

On September 30, 2016, the Clerk sent Plaintiff Steven J.D. Stuart a letter requesting that he submit the addresses of the defendants so that the United States Marshal could complete service. Dkt. No. 9. The letter stated that its bottom portion should be used for that purpose and enclosed a self-addressed postage-paid envelope. *Id.* Plaintiff failed to provide the addresses of the defendants, and as a result there is no indication in the record that the defendants have been served. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff shall respond to this Order in a written statement of no more than two pages by December 19, 2016. If Plaintiff fails to respond to this Order, the Court will dismiss the action with prejudice under Federal Rule of Civil Procedure 41.

The case management conference scheduled for December 6, 2016 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: 12/5/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge